IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| Central Intelligence Agency ) | |
| Litigation Division ) | |
| Office of General Counsel ) | |
| Washington, D.C. 20505, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

Plaintiff John Doe (hereinafter "Plaintiff") brings this action against the Central Intelligence Agency (hereinafter "CIA," "Agency," or "Defendant") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et. seq*. As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 28 U.S.C. §1331.

2. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

## PARTIES

3. Plaintiff John Doe is an employee at the Central Intelligence Agency.

4. Defendant, Central Intelligence Agency, is an agency within the meaning of 5 U.S.C. § 552(f) that is in possession and/or control of the records requested by Plaintiff that are the subject of this action.

**STATEMENT OF FACTS**

5.  Beginning May 2021, Plaintiff filed several complaints with the Agency regarding his concerns with the Agency's handling of various mandates, policies, and internal investigations related to the COVID-19 pandemic. In addition, in November 2021, Plaintiff met with the House Permanent Select Committee on Intelligence ("HPSCI"). Plaintiff was thereafter subjected to retaliatory action for his filing of the complaints and his meeting with the HPSCI.

6.  Plaintiff filed a whistleblower reprisal complaint with the Agency; the Agency resolved the complaint without any findings of reprisal. Plaintiff then elevated his complaint to the Office of the Director of National Intelligence ("DNI").

7.  Accordingly, on or about December 19, 2023, Plaintiff (by and through undersigned counsel) requested, pursuant to FOIA, copies of the above-mentioned complaints. For each, the request stated:

> This includes a request for entire investigative file, to include witness statements, investigator notes, any findings, opinions, and recommendations of the investigator and/or deciding official, any timelines of the investigation(s), the identity of the respective investigator(s), all correspondence (official and unofficial) related to the investigation, and all documentation, as defined above, related to these investigations.

Plaintiff's FOIA request also made the purpose behind the request for documents and information clear, stating: "[a]ll the information requested is required for [the Office of Director National Intelligence] adjudication of Plaintiff's administrative complaints with the CIA."

8.  On January 17, 2024, still having not received a response, Plaintiff's counsel submitted a follow-up communication through an online email form.

9.  On January 18, 2024, Plaintiff's counsel received a response letter from the Agency dated January 8, 2024. The response letter did not provide any of the requested FOIA information. Instead, the Agency's response letter confirmed receipt of the December 19, 2023,

FOIA request and stated that additional information was needed to verify Plaintiff's identity pursuant to the Privacy Act.

10. On January 23, 2024, Plaintiff's counsel sent a response to the Agency's request for additional information, providing the requested verification information per the January 18, 2024, response.

11. Over a month later, on February 27, 2024, Plaintiff's counsel sent a follow up, stating:

> This correspondence pertains to the above-referenced FOIA request submitted on behalf of our client, [Mr. John Doe]. On January 23, 2024, we provided the client's statement and wet signature per the Agency's Request. See Encl 1.
>
> To date, we have not received any acknowledgement of the statement submission and are still awaiting release of the requested documents. We request that the Agency provide an update on the status of the FOIA production. Please be advised that if we do not receive a response by March 15, 2024, we will pursue judicial intervention to compel the release of the requested information.

12. As of the date of this complaint, Defendant has failed to provide a complete production in response to the request made on December 19, 2023.

13. As noted in paragraphs 6-7, the requested documents are needed by Plaintiff for DNI adjudication of Plaintiff's whistleblower reprisal complaints.

## COUNT

**Violation of FOIA, 5 U.S.C. § 552**
**Unlawful Withholding of Non-Exempt Documents**

14. Plaintiff incorporates paragraphs 1 – 13 as if fully stated herein.

15. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the CIA is required to make the determinations on the requested documents within 20 working days of receipt of the request.

16. To date, Defendant has failed to make these determinations on the request made on December 19, 2023.

17.     Defendant is unlawfully withholding records requested by Plaintiff in violation of 5 U.S.C. § 552(a)(3) by, *inter alia*, seeking to withhold information without making a reasonable effort to make the records promptly available to Plaintiff and without providing any justification for failure to comply with the requirement.

18.     Because Defendant has failed to comply with the time limit set forth in 5 U.S.C § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

**REQUESTED RELIEF**

WHEREFORE, Plaintiff respectfully request that the Court: (1) order Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records pursuant to Plaintiff's FOIA request; (3) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and (4) grant Plaintiff such other relief as the Court deems just and proper.

Dated: March 28, 2024

Respectfully submitted,

*/s/ Carol A. Thompson*
Carol A. Thompson
DC Bar No. 1658143
Federal Practice Group
801 17th Street, N.W., Suite 250
Washington, D.C. 20006
Telephone: 202-862-4360
cthompson@fedpractice.com

*Counsel for Plaintiff*