UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>   *Plaintiff*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>   *Defendant*. | Civil Action No. 24-892 (LLA) |

## **ORDER**

  Plaintiff filed this case challenging administrative action on March 28, 2024.  ECF No. 1.  Defendant filed an answer on June 10, 2024.  ECF No. 9.  Administrative cases are exempt from Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.  *See* Local Civ. R. 16.3(b)(10) ("The requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f)[] shall not apply in . . . action[s] for review on an administrative record.").  Accordingly, the court hereby orders the parties to meet and confer and file a joint proposed briefing schedule by **July 5, 2024**.

  Parties are to communicate with the court by motion, opposition, reply, or notice, but not by letter or phone call.  All inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Chashawn White (Chashawn_White@dcd.uscourts.gov), rather than to chambers.  If Ms. White is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as her substitute.  Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers staff provide legal advice of any kind.  In an emergency, however, chambers can be contacted at (202) 354-3500.

The court will grant continuances, extensions, or enlargements of time only upon the filing of a motion.  Motions for continuance of a court date must be filed at least three days before the hearing and must include at least two alternative dates that have been agreed to by the parties. Requests that do not include alternative dates acceptable to all parties will be denied.

**SO ORDERED**.

/s/ Loren L. AliKhan
LOREN L. ALIKHAN
United States District Judge

Date: June 14, 2024