UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff,<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>             Defendant. | Civil Action No. 24-0892 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of July 8, 2024, Plaintiff John Doe ("Plaintiff") and Defendant Central Intelligence Agency ("Defendant" or the "Agency") report to the Court as follows.

1. This lawsuit involves a December 29, 2023, Freedom of Information Act ("FOIA") request directed to the Defendant seeking documents relating to a number of internal complaints and whistleblower complaints Plaintiff had previously filed. *See* Compl. (ECF No. 1). Plaintiff filed suit on April 1, 2024, and the Agency answered the Complaint on June 10, 2024.

2. As previously reported, Defendant is currently conducting searches for potentially responsive records, which requires extensive work as the FOIA request contains dozens of subparts, each of which much be investigated separately. That process is ongoing, and Defendant is working diligently to search for records, task out requests appropriately, and collect responses. Defendant is not yet in a position, however, to provide an estimate as to the total universe of potentially responsive records or a proposed processing schedule, as the process is very time-intensive.

3. Defendant has agreed to provide updates to Plaintiff as they become available, in order to facilitate negotiations regarding the scope of the request and the search terms used. The Parties have further agreed to continue to work together in good faith to resolve any issues that arise without the further use of this Court's resources.

4. <u>Defendant's Position</u>: Defendant therefore propose filing another status report in sixty days (on October 7, 2024), to update the Court on the status of the FOIA request.

5. <u>Plaintiff's Position</u>: Defendant has had this request since December 2023. With the last Joint Status Report, Plaintiff afforded Defendant an additional 30 days to conduct its search. Yet, Defendant still has not conducted a fulsome search or informed Plaintiff of the number of responsive documents. Therefore, Plaintiff respectfully requests this Court require Defendant to show cause why it has not yet completed its search.

\*   \*   \*

Dated: August 7, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov
*Attorneys for the United States of America*

 /s/ Carol A. Thompson
Carol A. Thompson
Deputy Managing Partner
Federal Practice Group
801 17th St., NW, Ste. 250
Washington, DC 20006
(202) 862-4360
cthompson@fedpractice.com
*Attorneys for Plaintiff*